IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD BRENNAN, JR. and<br>HUMA QAMAR | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 21-3771 |
| FSD PHARMA INC. and<br>FSD BIOSCIENCES, INC. | : <br> : | |

**ORDER**

This 13th day of December, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1) Defendant's Motion to Dismiss (ECF 15) with respect to Plaintiff Edward Brennan's claims is **GRANTED** on the basis of *forum non conveniens,* conditioned upon an Ontario, Canada court hearing his contention that the parties agreed to a modification of the forum selection clause in the contract. Such dismissal is without prejudice.

2) Plaintiff's Motion to Dismiss (ECF 15) with respect to Plaintiff Huma Qamar's claims is **GRANTED.**

   /s/ Gerald Austin McHugh
United States District Judge